UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DORNEY,<br><br>                              Plaintiff,<br><br>               -against-<br><br>THE VILLAGE OF WEST HAVERSTRAW, et al.,<br><br>                              Defendants. | 24-CV-8038 (JGLC)<br><br>**ORDER OF REMAND** |

JESSICA G. L. CLARKE, United States District Judge:

      On October 23, 2024, Defendants removed this action from the Rockland County Supreme Court, asserting removal was proper based on diversity jurisdiction. *See* ECF No. 2.

      On October 28, 2024, the Court ordered Plaintiff to submit a letter stating unequivocally whether he asserted rights under 28 U.S.C. § 1441(b)(2), because the removing party is a citizen of New York. ECF No. 4. The order also permitted Plaintiff to identify and raise any other defects. *Id.* On November 21, Plaintiff filed a letter seeking to remand the action to state court. ECF No. 6. By order dated November 25, 2024, the Court instructed Defendants to file a letter in response to Plaintiff's assertion of a right to remand the case.

      On December 4, 2024, Defendants filed a letter informing the Court that it must withdraw its removal application because defendant the Village of West Haverstraw withdrew its consent to removal. ECF No. 10 at 1. In light of the foregoing establishing that removal is not proper, it is hereby ORDERED that the case is remanded to the Supreme Court of New York, Rockland County. The Clerk of Court is directed to terminate ECF Nos. 6 and 7, and to close the case.

Dated:  December 6, 2024
            New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge